# United States Bankruptcy Court
For The
District of Nevada

Case No: 09-52342-GWZ

| | | |
|---|---|---|
| **IN RE:** VICTOR MEDINA ESQUIVEL<br>7200 LEONARD COURT<br>SUN VALLEY, NV 89433 | BEDA LOPEZ ESQUIVEL<br>7200 LEONARD COURT<br>SUN VALLEY, NV 89433 | SSN #1: XXX-XX-9512<br>SSN #2: XXX-XX-9972 |

### CHAPTER 13 TRUSTEE'S NOTICE TO DEBTOR(S) AND CREDITORS OF FILED CLAIMS, CLASSIFICATION, AND PROPOSED DISTRIBUTION

TO DEBTOR(S), ALL CREDITORS AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE that William A. Van Meter, Chapter 13 Bankruptcy Trustee, has reviewed the Clerk of the U.S. Bankruptcy Court, District of Nevada, Claims Register and each individual Proof of Claim filed in the above entitled case after the Claims Bar Date.

PLEASE TAKE FURTHER NOTICE that the above named Debtor(s), each creditor and all other parties in interest must verify that their respective claims(s) filed with the Clerk contains the same information set forth on the attached List of Scheduled and Filed Claims to include but not limited to: (1) the creditor's claim was filed or not filed; (2) the creditor's address to receive payments is accurate; (3) the claim amount is accurate; (4) that the classification of the creditor's claim as either "secured", "priority", "unsecured", "direct pay by debtor", "not filed" or such other applicable classification, is accurate; (5) and that the treatment and payment of each creditor's claim including, if appropriate, the payment of and rate of interest, is accurate in accordance with Order(s) Confirming Chapter 13 Plan.

PLEASE TAKE FURTHER NOTICE that if the creditor's claim, as filed with the Clerk of the Bankruptcy court, is not accurate for any reason, including the reasons set forth above, then you must timely file a written objection to the <u>Chapter 13 Trustee's Notice to Debtor(s) and Creditors of filed Claims, Classification and Proposed Distribution</u> on or before <u>April 30, 2010.</u> The written objection must be filed or e-filed with the Clerk of the U.S. Bankruptcy Court, 300 Booth Street, Reno, Nevada 89509 and served, if applicable, upon any appropriate creditor(s), the debtor(s), debtor's attorney and the Chapter 13 Bankruptcy Trustee whose mailing address is P.O. Box 6630, Reno, NV 89513, along with the date, time and place of the hearing on the objection.

PLEASE TAKE FURTHER NOTICE that in the absence of a written objection, the Debtor(s), creditors and parties in interest listed below shall be deemed to have approved the <u>Chapter 13 Trustee's Notice to Debtor(s) and Creditor(s) of filed claims, Classification and Proposed Distribution</u>. No further Order of the Court will be entered in the absence of any objection to this notice.

NOTICE IS HEREBY GIVEN that the following List of Scheduled and Filed Claims is a recapitulated itemization of all proofs of claim filed and not filed, classification of claims, and proposed distribution. The Plan provides that the Debtor will pay a specific dollar amount into the Plan. The exact percentage of distribution to unsecured non-priority claims will depend upon the amount of all claims ultimately allowed in this case.

# United States Bankruptcy Court
For The
District of Nevada

|  |  |  |
|---|---|---|
| **IN RE:** VICTOR MEDINA ESQUIVEL<br>7200 LEONARD COURT<br>SUN VALLEY, NV 89433 | BEDA LOPEZ ESQUIVEL<br>7200 LEONARD COURT<br>SUN VALLEY, NV 89433 | Case No: 09-52342-GWZ<br>SSN #1: XXX-XX-9512<br>SSN #2: XXX-XX-9972 |

## LIST OF SCHEDULED AND FILED CLAIMS

| Claim # | Name and Address of Creditor | Amount | Expected Dist. | Classification |
|---|---|---|---|---|
| 799 | LISA C. THOMPSON / BANKRUPTCY LAW CENTER<br>P.O. BOX 3511 / RENO, NV 89505 | 4,274.00 | 4,274.00 | Attorney |
| 013A | WELLS FARGO HOME MORTGAGE / MAC 2501-01D; ONE HOME CAMPUS<br>405 SOUTHWEST 5TH STREET / DES MOINES, IA 50328 | 2,284.35 | 2,284.35 | Secured |
| 001 | DISCOVER BANK / DISCOVER FINANCIAL SERVICES, INC.<br>P.O. BOX 3025 / NEW ALBANY, OH 43054-3025 | 5,240.20 | PRORATA | Unsecured |
| 002 | DISCOVER BANK / DISCOVER FINANCIAL SERVICES, INC.<br>P.O. BOX 3025 / NEW ALBANY, OH 43054-3025 | 5,311.74 | PRORATA | Unsecured |
| 003 | WELLS FARGO CARD SERVICES / RECOVERY DEPARTMENT<br>P.O. BOX 9210 / DES MOINES, IA 50306 | 4,263.62 | PRORATA | Unsecured |
| 004 | WELLS FARGO CARD SERVICES / RECOVERY DEPARTMENT<br>P.O. BOX 9210 / DES MOINES, IA 50306 | 2,527.74 | PRORATA | Unsecured |
| 005 | NEVADA FEDERAL CREDIT UNION / P.O. BOX 15400<br>LAS VEGAS, NV 89114 | 5,170.28 | PRORATA | Unsecured |
| 006 | DEPARTMENT STORES NATIONAL BANK / TSYS DEBT MGMT., INC.<br>P.O. BOX 137 / COLUMBUS, GA 31902-0137 | 631.57 | PRORATA | Unsecured |
| 008 | NATIONAL CAPITAL MANAGEMENT, LLC / 8245 TOURNAMENT DRIVE<br>SUITE 230 / MEMPHIS, TN 38125 | 3,055.46 | PRORATA | Unsecured |
| 009 | BANK OF AMERICA/FIA CARD SERVICES / C/O BECKET & LEE, LLP<br>P.O. BOX 3001 / MALVERN, PA 19355-0701 | 294.44 | PRORATA | Unsecured |
| 010 | TARGET NATIONAL BANK (RNB) / C/O WEINSTEIN & RILEY, P.S.<br>2001 WESTERN AVE., SUITE 400 / SEATTLE, WA 98121 | 959.26 | PRORATA | Unsecured |
| 011 | CREDIT FIRST / PO BOX 818011 ( BK-13 )<br>CLEVELAND, OH 44181 | 272.70 | PRORATA | Unsecured |
| 012 | CHASE BANK USA, N.A. / P.O. BOX 15145<br>WILMINGTON, DE 19850-5145 | 550.73 | PRORATA | Unsecured |
| 014 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 4,728.62 | PRORATA | Unsecured |
| 015 | AMERICAN EXPRESS / C/O BECKET & LEE<br>P.O. BOX 3001 / MALVERN, PA 19355-0701 | 4,128.36 | PRORATA | Unsecured |

# United States Bankruptcy Court
For The
District of Nevada

| | | Case No: 09-52342-GWZ |
|---|---|---|
| **IN RE:** VICTOR MEDINA ESQUIVEL<br>7200 LEONARD COURT<br>SUN VALLEY, NV 89433 | BEDA LOPEZ ESQUIVEL<br>7200 LEONARD COURT<br>SUN VALLEY, NV 89433 | SSN #1: XXX-XX-9512<br>SSN #2: XXX-XX-9972 |

## LIST OF SCHEDULED AND FILED CLAIMS

| Claim # | Name and Address of Creditor | Amount | Expected Dist. | Classification |
|---|---|---|---|---|
| 016 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 1,198.17 | PRORATA | Unsecured |
| 017 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 2,762.14 | PRORATA | Unsecured |
| 018 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 1,893.36 | PRORATA | Unsecured |
| 019 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 2,152.91 | PRORATA | Unsecured |
| 020 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 2,690.03 | PRORATA | Unsecured |
| 021 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 741.72 | PRORATA | Unsecured |
| 022 | CAPITAL ONE BANK / C/O TSYS DEBT MANAGEMENT<br>P.O. BOX 5155 / NORCROSS, GA 30091 | 6,913.04 | PRORATA | Unsecured |
| 023 | CAPITAL ONE BANK / C/O TSYS DEBT MANAGEMENT<br>P.O. BOX 5155 / NORCROSS, GA 30091 | 3,741.51 | PRORATA | Unsecured |
| 024 | ROUNDUP FUNDING, LLC / MS 550<br>P.O. BOX 91121 / SEATTLE, WA 98111-9221 | 5,116.39 | PRORATA | Unsecured |
| 025 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 3,268.50 | PRORATA | Unsecured |
| 026 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 1,062.78 | PRORATA | Unsecured |
| 027 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 6,554.93 | PRORATA | Unsecured |
| 028 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 3,712.21 | PRORATA | Unsecured |
| 029 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 3,874.36 | PRORATA | Unsecured |
| 030 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 2,606.97 | PRORATA | Unsecured |

# United States Bankruptcy Court
For The
District of Nevada

**IN RE:** VICTOR MEDINA ESQUIVEL  
7200 LEONARD COURT  
SUN VALLEY, NV 89433

BEDA LOPEZ ESQUIVEL  
7200 LEONARD COURT  
SUN VALLEY, NV 89433

Case No: 09-52342-GWZ  
SSN #1: XXX-XX-9512  
SSN #2: XXX-XX-9972

## LIST OF SCHEDULED AND FILED CLAIMS

| Claim # | Name and Address of Creditor | Amount | Expected Dist. | Classification |
|---|---|---|---|---|
| 031 | PRA RECEIVABLES MANAGEMENT, LLC / PORTFOLIO RECOVERY ASSOC<br>P.O. BOX 41067 / NORFOLK, VA 23541 | 10,795.29 | PRORATA | Unsecured |
| 032 | BANK OF AMERICA/FIA CARD SERVICES / 1000 SAMOSET DRIVE<br>DE5-023-03-03 / NEWARK, DE 19713 | 5,393.48 | PRORATA | Unsecured |
| 033 | CHASE BANK USA, N.A. / eCAST SETTLEMENT CORP.<br>P.O. BOX 35480 / NEWARK, NJ 07193-5480 | 1,604.43 | PRORATA | Unsecured |
| 034 | CHASE BANK USA, N.A. / eCAST SETTLEMENT CORP.<br>P.O. BOX 35480 / NEWARK, NJ 07193-5480 | 5,110.12 | PRORATA | Unsecured |
| 035 | CHASE BANK USA, N.A. / eCAST SETTLEMENT CORP.<br>P.O. BOX 35480 / NEWARK, NJ 07193-5480 | 1,811.72 | PRORATA | Unsecured |
| 036 | CHASE BANK USA, N.A. / eCAST SETTLEMENT CORP.<br>P.O. BOX 35480 / NEWARK, NJ 07193-5480 | 11,906.88 | PRORATA | Unsecured |
| 037 | CHASE BANK USA, N.A. / eCAST SETTLEMENT CORP.<br>P.O. BOX 35480 / NEWARK, NJ 07193-5480 | 1,804.34 | PRORATA | Unsecured |
| 038 | CR EVERGREEN, LLC. / MS 550<br>P.O. BOX 91121 / SEATTLE, WA 98111-9221 | 5,125.89 | PRORATA | Unsecured |
| 039 | CR EVERGREEN, LLC. / MS 550<br>P.O. BOX 91121 / SEATTLE, WA 98111-9221 | 2,415.48 | PRORATA | Unsecured |
| 040 | HSBC BANK NEVADA, N.A. / C/O BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD., SUITE 200 / TUCSON, AZ 85712 | 479.05 | PRORATA | Unsecured |
| 103 | AMERICAN EXPRESS / C/O BECKET & LEE<br>P.O. BOX 3001 / MALVERN, PA 19355-0701 | None | None | Not Filed<br>.00 |
| 119 | CIRCUIT CITY / P.O. BOX 42306<br>RICHMOND, VA 23242 | None | None | Not Filed<br>.00 |
| 135 | RBS / PO BOX 18204<br>BRIDGEPORT, CT 06601 | None | None | Not Filed<br>.00 |
| 007 | ONYX ACCEPTANCE CORP / C/O ASCENSION CAPITAL GROUP<br>P.O. BOX 201347 / ARLINGTON, TX 76006 | | | DirectPay<br>10,024.84 |
| 013 | WELLS FARGO HOME MORTGAGE / MAC 2501-01D; ONE HOME CAMPUS<br>405 SOUTHWEST 5TH STREET / DES MOINES, IA 50328 | | | DirectPay<br>179,300.09 |

# United States Bankruptcy Court
For The
District of Nevada

Case No: 09-52342-GWZ

**IN RE:** VICTOR MEDINA ESQUIVEL　　BEDA LOPEZ ESQUIVEL　　SSN #1: XXX-XX-9512
7200 LEONARD COURT　　　　　　　7200 LEONARD COURT　　　　　SSN #2: XXX-XX-9972
SUN VALLEY, NV 89433　　　　　　　SUN VALLEY, NV 89433

## LIST OF SCHEDULED AND FILED CLAIMS

| Claim # | Name and Address of Creditor | Amount | Expected Dist. | Classification |
|---|---|---|---|---|
| 040 | HSBC BANK NEVADA, N.A. / C/O BASS & ASSOCIATES, P.C. 3936 E. FT. LOWELL RD., SUITE 200 / TUCSON, AZ 85712 | | | DirectPay 514.00 |
| 101 | BAC HOME LOAN SERVICING, LP / 7105 CORPORATE DRIVE PLANO, TX 75024 | None | None | Not Filed .00 |

Total　　138,428.77

| Debtor | VICTOR MEDINA ESQUIVEL | BEDA LOPEZ ESQUIVEL |
|---|---|---|
| | 7200 LEONARD COURT | 7200 LEONARD COURT |
| | SUN VALLEY, NV 89433 | SUN VALLEY, NV 89433 |

Dated: __Mar 31, 2010__

/S/ Bea Meyers
_____

Bea Meyers